IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00017-RPM

DAVID GOEBELS,

     Plaintiff,
v.

THE RITZ-CARLTON HOTEL COMPANY, L.L.C.,

     Defendant.

___

ORDER SETTING TRIAL DATE
___

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **August 17, 2015, at 8:30 a.m.**, in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . It is

FURTHER ORDERED that a trial preparation conference is set for **August 7, 2015, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED:   January 21st, 2015

                  BY THE COURT:

                  s/Richard P. Matsch

                  _____
                  Richard P. Matsch, Senior Judge