## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    January 21, 2015
Courtroom Deputy:        Cathy Pearson
FTR Technician:          Kathy Terasaki

---

Civil Action No. **14-cv-00017-RPM**          <u>Counsel:</u>

**DAVID GOEBELS**,                            Todd F. Bovo

      Plaintiff,

v.

**THE RITZ-CARLTON HOTEL COMPANY,**          Jason Lantagne
**L.L.C.,**                                   Christopher K. Miller

      Defendant.

---

## COURTROOM MINUTES

---

**PRETRIAL CONFERENCE**

**1:59 p.m.          Court in session.**

Discussion held regarding remaining discovery. Counsel advise the Court that Plaintiff is requesting a 30(b)(6) deposition of a witness to prior incidents, and that the parties are attempting to get the deposition scheduled.

Discussion held and argument given regarding Defendant's Motion In Limine under F.R.E. 401, 402, 402, 602, 701 and 712 to Prevent Plaintiff from Presenting a Claim or Testimony Regarding Lost Wages at Trial (Doc. 41, filed 1/16/15).

**ORDERED:** Defendant's Motion In Limine under F.R.E. 401, 402, 402, 602, 701 and 712 to Prevent Plaintiff from Presenting a Claim or Testimony Regarding Lost Wages at Trial (Doc. 41, filed 1/16/15) is DENIED.

Discussion held regarding will-call and may-call witnesses, as well as medical providers, fact and expert witnesses.

Discussion held regarding referring this case to a magistrate judge for settlement purposes.  Counsel are instructed to file a joint motion for referral to a magistrate judge, if they decide against private mediation.

Discussion held regarding conducting video depositions of Plaintiff's treating physicians, the expert witnesses' report regarding the test of the floor of the hotel, and exchange of listed exhibits.

The Court strikes subparagraph b of paragraph 7, page 22 of the Final Pretrial Order.

**ORDERED:**      A five-day jury trial is set for **August 17, 2015, at 8:30 a.m.**  Counsel shall be present by 8:00 a.m.

**ORDERED:**      A Trial Preparation Conference is set for **August 7, 2015, at 2:00 p.m.**  The video depositions and transcripts shall be ready and brought to court on that date.

Discussion held and argument given regarding Plaintiff's employment file from his prior employer requested by Defendant.

**ORDERED:**      Plaintiff shall subpoena Plaintiff's employment records from his prior employer, which shall include expense and travel records, as soon as possible.

Discussion held regarding the scope of the 30(b)(6) deposition and  filing of objections to exhibits.

The Court directs counsel to stop communicating by e-mail.

**ORDERED:**      Counsel shall exchange exhibits and file objections to exhibits on or before **July 24, 2015.**

**2:47 p.m.**          **Court in recess.**

Hearing concluded.  Total time:        48  min.