# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00017-RPM

DAVID GOEBELS,

    Plaintiff,

v.

THE RITZ-CARLTON HOTEL COMPANY, L.L.C.,

    Defendant.

_____

## ORDER RE:  STIPULATION FOR DISMISSAL WITH PREJUDICE

_____

COMES NOW THE COURT, and having considered the STIPULATION FOR DISMISSAL WITH PREJUDICE,

**HEREBY ORDERS**:

This action is dismissed **WITH PREJUDICE**, each party to pay their own costs and fees.

SIGNED THIS 10th DAY OF August, 2015.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        DISTRICT COURT JUDGE